Printed: 05/26/10 08:19 AM

# Claims Distribution Small Checks

**Trustee: Bridget A. Brine (430170)**

Page: 1

**Case:** 09-51088 - LA VALLIE, RODNEY FRANKLIN

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 900026612886 | 110 | 05/26/10 | 9 | 04/21/10 | 610 | Payee: U.S. Bankruptcy Court<br>Recovery Management Systems Corporation | 347.02 | 347.02 | 0.85 | 0.85 |

Check Amount: $0.85

(*) Denotes objection to Amount Filed